IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-01-00130-CV

 

Builders Transport, Inc. ("BTI"),

                                                                      Appellant

 v.

 

Grice-Smith, Loretta Yvette, 

Individually, and as Representative 

of the Estate of Roy Cell Smith, Jr., 

Deceased, et al.,

                                                                      Appellees

 

 



From the 165th District Court

Harris County, Texas

Trial Court No. 96-58924

 



dissenting opinion ON REHEARING



 








          Nothing about the Opinion on Rehearing
issued today alters the analysis of my dissenting opinion of March 9, 2005. 
That dissenting opinion has not been withdrawn.  Therefore, the dissenting
opinion applies with equal force to the judgment issued today.[1]

 

                                                                                    TOM GRAY

                                                                   Chief
Justice

 

Dissenting opinion
issued and filed May 25, 2005









[1] I
agree that if there is to be a remand, the entire case, including the case
against Landry, must be remanded.